MICHAEL R. KEALY (Nevada Bar No. 971)
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV  89501
Telephone:  (775) 323-1601
Facsimile:  (775) 348-7250
E-mail:     MKealy@parsonsbehle.com
            ECF@parsonsbehle.com

FRANCIS M. WIKSTROM
ALAN S. MOURITSEN
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT  84145-0898
Telephone:  (801) 532-1234
Facsimile:  (801: 536-6111
E-mail:     FWikstrom@parsonsbehle.com
            AMouritsen@parsonsbehle.com

*Attorneys for Barrick Goldstrike Mines Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORTH AMERICAN ELECTRIC RELIABILITY CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>BARRICK GOLDSTRIKE MINES INC., a Colorado Corporation,<br><br>    Defendant and Counterclaimant,<br><br>and<br><br>WESTERN ELECTRIC COORDINATING COUNCIL, a Utah Corporation, and NORTHEAST POWER COORDINATING COUNSEL, a New York Corporation<br><br>    Third-Party Defendants. | Case No.  3:11-cv-00794-LRH-WGC<br><br>**STIPULATED MOTION TO DISMISS NORTHEAST POWER COORDINATING COUNSEL WITHOUT PREJUDICE** |

-1-

4834-0463-1314.1

Counterclaimant BARRICK GOLDSTRIKE MINES INC. ("Barrick") and Third-Party Defendant NORTHEAST POWER COORDINATING COUNCIL ("NPCC"), by and through undersigned counsel, hereby stipulate and move the Court as follows:

1. NPCC represents that it has no regulatory, enforcement, compliance, oversight, or registration authority over Barrick's activities within the footprint of Western Electric Coordinating Council ("WECC") as that area is defined in Exhibit A to the AMENDED AND RESTATED DELEGATION AGREEMENT BETWEEN NORTH AMERICAN ELECTRIC RELIABILITY CORPORATION AND WESTERN ELECTRICITY COORDINATING COUNCIL dated January 1, 2011.

2. Based on the foregoing representation, Barrick and NPCC stipulate and move the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss the Amended Third Party Complaint as against NPCC only without prejudice, with each party to bear its own costs.

DATED this 12th day of December, 2012.

| JOLLEY URGA WIRTH WOODBURY & STANDISH | PARSONS BEHLE & LATIMER |
|---|---|
| By: */s/ L. Christopher Rose (with permission)*<br>L. CHRISTOPHER ROSE, ESQ.<br>Nevada State Bar No. 7500<br>MICHAEL R. ERNST, ESQ.<br>Nevada State Bar No. 11957<br>3800 Howard Hughes Parkway, 16th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 699-7500<br>Facsimile: (702) 699-7555<br>*Attorneys for Plaintiff North American Electric Reliability Corporation, Third Party Defendant Western Electric Coordinating Council, Inc., and Third Party Defendant Northeast Power Coordinating Council, Inc.* | By: */s/ Francis M. Wikstrom*<br>MICHAEL R. KEALY, ESQ.<br>Nevada State Bar No. 971<br>50 West Liberty Street, Suite 750<br>Reno, Nevada 89501<br>Telephone: (775) 323-1601<br>Facsimile: (775) 348-7250<br><br>FRANCIS M. WIKSTROM, ESQ.<br>*(pro hac vice)*<br>ALAN S. MOURITSEN, ESQ.<br>*(pro hac vice)*<br>201 South Main Street, Suite 1800<br>Salt Lake City, Utah 84145<br>Telephone: (801) 532-1234<br>Facsimile: (801) 536-6111<br>*Attorneys for Defendant/ Counterclaimant Barrick Goldstrike Mines, Inc.* |

-2-

4834-0463-1314.1