L. CHRISTOPHER ROSE, ESQ.
Nevada State Bar No. 7500
@juww.com
MICHAEL R. ERNST, ESQ.
Nevada State Bar No. 11957
@juww.
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway,  Floor
Las Vegas, Nevada 89169
Telephone:	(702) 699-7500
Facsimile:	(702) 699-7555
*Attorneys for Plaintiff North American Electric Reliability Corporation,and Third Party Defendant Western Electric Coordinating Council, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| NORTH AMERICAN ELECTRIC RELIABILITY CORPORATION,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>BARRICK GOLDSTRIKE MINES INC., a Colorado Corporation,<br><br>　　Defendant and Counterclaimant,<br><br>and<br><br>WESTERN ELECTRIC COORDINATING COUNCIL, a Utah Corporation and NORTHEAST POWER COORDINATING COUNSEL, a New York Corporation<br><br>　　Third-Party Defendants. | Case No.: 3:11-cv-00794-LRH-WGC<br><br>**STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE** |

　　Plaintiff and Counterclaim Defendant North American Electric Reliability Corporation ("NERC"), Third-Party Defendant Western Electric Coordinating Council, Inc. ("WECC"), and Defendant and Counterclaimant Barrick Goldstrike Mines Inc. ("Barrick"), by and through their

respective counsel, having reached a mutually agreeable resolution of this matter, hereby jointly move for dismissal of all claims by all remaining parties in this action, with prejudice, each of the parties to bear their own costs and attorneys' fees.  This dismissal includes all remaining claims alleged in the Complaint (Document 1) and the Amended Counterclaim and Third Party Complaint (Document 17).

DATED this  day of December, 2012.               DATED this  day of December, 2012.

JOLLEY URGA WIRTH WOODBURY           PARSONS BEHLE & LATIMER
& STANDISH


By:    */s/ L. Christopher Rose, Esq.*          By:    */s/ Francis M. Wikstrom, Esq.*
    L. CHRISTOPHER ROSE, ESQ.                    MICHAEL R. KEALY, ESQ.
    Nevada State Bar No. 7500                              Nevada State Bar No. 971
    MICHAEL R. ERNST, ESQ.                               50 West Liberty Street, Suite 750
    Nevada State Bar No. 11957                            Reno, Nevada 89501
    3800 Howard Hughes Parkway,  Floor          Telephone:     (775) 323-1601
    Las Vegas, Nevada 89169                                Facsimile:      (775) 348-7250
    Telephone:     (702) 699-7500
    Facsimile:      (702) 699-7555                              *-and-*

*Attorneys for Plaintiff North American*              FRANCIS M. WIKSTROM, ESQ.
*Electric Reliability Corporation, and Third*        *(pro hac vice)*
*Party Defendant Western Electric*                    ALAN S. MOURITSEN, ESQ.
*Coordinating Council, Inc.*                                 *(pro hac vice)*
                                                                                  201 South Main Street, Suite 1800
                                                                                  Salt Lake City, Utah 84145
                                                                                   Telephone:     (801) 532-1234
                                                                                   Facsimile:      (801) 536-6111

*Attorneys for Defendant/*
*Counterclaimant Barrick Goldstrike*
*Mines Inc.*

### **ORDER**

IT IS SO ORDERED.

Dated this _____ day of _____, 20__

_____
U.S. DISTRICT COURT JUDGE

K:\LCR\NERC 11218\Barrick Goldstrike Mines 26000\Pleadings\Drafts\12-12-28 SAO Dismiss.docx

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor, Las Vegas, Nevada 89169
Telephone: (702) 699-7500  Fax: (702) 699-7555